FILED
4/28/23 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) **Case No. 18-24170-GLT** |
| **DANIEL LAVELLE,** | ) |
| | ) **Chapter 13** |
| Debtor(s). | ) |
| | X   Related to Docket No. 71 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒   a motion to dismiss case or certificate of default requesting dismissal

☐   a plan modification sought by: _____

☐   a motion to lift stay
     as to creditor _____

☐   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 5/31/19

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from $2,791 to $3,047 per month, effective 5/23; and/or the Plan term shall be changed from ___ months to ___ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (at Doc 67) is treated as resolved by this Order.
➢ The secured claim(s) of Pennymac Loan Services CL. #16 shall govern, and then following all allowed post-petition payment change notices filed of record prior to 4/27/23. Local Rule(s) 3002-4 and 3002-5 for any PCN and PPFNs filed after the indicated date remains in effect.
➢ All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this  28th Day of April, 2023

_____
Gregory J. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                          Stipulated by:

  /s/Brad Hamric                                        /s/ Owen Katz
Counsel to Debtor                                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel Lavelle  
Debtor

Case No. 18-24170-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3  
Date Rcvd: Apr 28, 2023    Form ID: pdf900    Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Lavelle, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14937678 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14970344 | + | Borough of Brentwood & Borough of Brentwood SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15524249 | + | Borough of Brentwood and Borough of Brentwood SD, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15524248 | + | Borough of Brentwood and Borough of Brentwood Scho, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 14937680 | | Capital One, 150009 Capital One Dr, Henrico, VA 23238 |
| 14937681 | + | Carly Daniel, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| 14937683 | + | Clearview FCU, Box 1289, Coraopolis, PA 15108-1289 |
| 14937686 | + | Jordan Tax Service, 102 Rahway Rd, Canonsburg, PA 15317-3349 |
| 14937689 | + | NW Bank, 100 Liberty St, Warren, PA 16365-2411 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2023 23:40:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2023 23:49:49 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14947297 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 28 2023 23:40:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14937677 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2023 23:49:53 | American Express, Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14954704 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2023 23:49:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14937679 | + | Email/Text: bk@avant.com | Apr 28 2023 23:40:00 | Avant, 222 N. LaSalle, Suite 170, Chicago, IL 60601-1003 |
| 14970323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2023 23:49:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14960303 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 28 2023 23:40:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14937684 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2023 23:39:00 | Comenity Bank, 3100 Easton SquarePlaza, Columbus, OH 43219-6289 |
| 14937685 | | Email/Text: mrdiscen@discover.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14942795 | | Email/Text: mrdiscen@discover.com | Apr 28 2023 23:39:00 | Discover, Box 15316, Wilmington, DE 19850 |
| | | | Apr 28 2023 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14947303 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2023 23:40:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14969422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2023 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14937687 | ^ | MEBN | Apr 28 2023 23:36:24 | Kia Motors, 4000 MacArthur Blvd, Newport Beach, CA 92660-2558 |
| 14971649 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2023 23:49:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937688 | + | Email/Text: Documentfiling@lciinc.com | Apr 28 2023 23:39:00 | Lending Club, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14947989 | + | Email/Text: heather.mauro@northwest.com | Apr 28 2023 23:39:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14956930 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2023 23:49:44 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937690 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2023 23:49:35 | One Main, Box 1010, Evansville, IN 47708-1464 |
| 14973718 | + | Email/PDF: ebnotices@pnmac.com | Apr 28 2023 23:49:36 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15087185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2023 23:49:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14937691 | + | Email/PDF: ebnotices@pnmac.com | Apr 28 2023 23:49:49 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14969569 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2023 23:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15035116 | | Email/Text: EDBKNotices@ecmc.org | Apr 28 2023 23:39:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14963472 | ^ | MEBN | Apr 28 2023 23:37:55 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14937692 | + | Email/Text: EDBKNotices@ecmc.org | Apr 28 2023 23:39:00 | US Dept of Education, Box 5609, Greenville, TX 75403-5609 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| 14937682 | | Carly Lavelle |
| 14964875 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14947959 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 18-24170-GLT    Doc 73    Filed 04/30/23    Entered 05/01/23 00:26:08    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: pdf900 | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Andrew M. Lubin
on behalf of Creditor PennyMac Loan Services  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Brad L. Hamric
on behalf of Debtor Daniel Lavelle hamriclaw@comcast.net

Brian Nicholas
on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com

Denise Carlon
on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Mario J. Hanyon
on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

William E. Craig
on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11