**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/22/24 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DANIEL LAVELLE

              Debtor(s)
  Ronda J. Winnecour, Trustee
              Movant
              vs.
  DANIEL LAVELLE

              Respondents

Case No. 18-24170GLT

Chapter 13

Related to Docket No. 77

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __22nd Day of February, 2024__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Postal Service
Pittsburgh Field Division
1001 California Ave
Pittsburgh, PA 15290

is hereby ordered to immediately terminate the attachment of the wages of DANIEL LAVELLE, social security number XXX-XX-1307. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIEL LAVELLE.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-24170-GLT
Daniel Lavelle Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Feb 22, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel Lavelle, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PennyMac Loan Services LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brad L. Hamric | on behalf of Debtor Daniel Lavelle hamriclaw@comcast.net |
| Denise Carlon | on behalf of Creditor PennyMac Loan Services LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 22, 2024 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Hyundai Lease Titling Trust wcraig@egalawfirm.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10