**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DANIEL LAVELLE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>        Movant <br>      vs. <br> No Respondents. | Case No.:18-24170 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/26/2018 and confirmed on 12/12/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 140,238.11 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 140,238.11 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,310.00 | |
|    Trustee Fee | 6,616.17 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,926.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CLEARVIEW FEDERAL CREDIT UNION | 26,027.81 | 26,027.81 | 0.00 | 26,027.81 |
|     Acct: 9444 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 68,949.17 | 0.00 | 68,949.17 |
|     Acct: 4056 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,546.21 | 1,546.21 | 0.00 | 1,546.21 |
|     Acct: 4056 | | | | |
|   NORTHWEST BANK* | 6,332.61 | 6,332.61 | 842.37 | 7,174.98 |
|     Acct: 5746 | | | | |
| | | | | 103,698.17 |
| **Priority** | | | | |
|   BRAD HAMRIC ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL LAVELLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRAD HAMRIC ESQ | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRENTWOOD BOROUGH SD & BRENTWO | 431.53 | 431.53 | 0.00 | 431.53 |
|     Acct: 1307 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 5,015.58 | 5,015.58 | 0.00 | 5,015.58 |
|     Acct: 0896 | | | | |
|   HYUNDAI LEASE TITLING TRUST | 6,950.39 | 6,950.39 | 0.00 | 6,950.39 |
|     Acct: 6169 | | | | |
| | | | | 12,397.50 |
| **Unsecured** | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 2,700.00 | 0.00 | 2,700.00 |
|     Acct: 1307 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 4,986.43 | 1,749.94 | 0.00 | 1,749.94 |
|     Acct: 1008 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 5,721.53 | 2,007.91 | 0.00 | 2,007.91 |
|     Acct: 2468 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,225.85 | 1,483.02 | 0.00 | 1,483.02 |
|     Acct: 7879 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 4,648.58 | 1,631.37 | 0.00 | 1,631.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9236 | | | | |
| DISCOVER BANK(*) | 2,585.65 | 907.41 | 0.00 | 907.41 |
| Acct: 0092 | | | | |
| LVNV FUNDING LLC | 3,437.36 | 1,206.31 | 0.00 | 1,206.31 |
| Acct: 4056 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,838.23 | 1,346.99 | 0.00 | 1,346.99 |
| Acct: 2532 | | | | |
| UPMC HEALTH SERVICES | 1,754.29 | 615.65 | 0.00 | 615.65 |
| Acct: 1307 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 3,488.92 | 1,224.40 | 0.00 | 1,224.40 |
| Acct: 1002 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 978.14 | 343.27 | 0.00 | 343.27 |
| Acct: 9666 | | | | |
| CARLY DANIEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CARLY LAVELLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,216.27 |
| **TOTAL PAID TO CREDITORS** | | | | 131,311.94 |

TOTAL CLAIMED
PRIORITY         12,397.50
SECURED         33,906.63
UNSECURED     35,664.98

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DANIEL LAVELLE

         Debtor(s)

   Ronda J. Winnecour
         Movant
         vs.
   No Repondents.

Case No.:18-24170

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24170-GLT
Daniel Lavelle  Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Feb 26, 2024　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 37

The following symbols are used throughout this certificate:
| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Daniel Lavelle, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14937678 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14970344 | + | Borough of Brentwood & Borough of Brentwood SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15524249 | + | Borough of Brentwood and Borough of Brentwood SD, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15524248 | + | Borough of Brentwood and Borough of Brentwood Scho, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 14937680 | | Capital One, 150009 Capital One Dr, Henrico, VA 23238 |
| 14937681 | + | Carly Daniel, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| 14937683 | + | Clearview FCU, Box 1289, Coraopolis, PA 15108-1289 |
| 14937686 | + | Jordan Tax Service, 102 Rahway Rd, Canonsburg, PA 15317-3349 |
| 14937689 | + | NW Bank, 100 Liberty St, Warren, PA 16365-2411 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 27 2024 00:20:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:28:12 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14947297 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 27 2024 00:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14937677 | + | Email/PDF: bncnotices@becket-lee.com | Feb 27 2024 00:27:57 | American Express, Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14954704 | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2024 00:38:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14937679 | + | Email/Text: bk@avant.com | Feb 27 2024 00:20:00 | Avant, 222 N. LaSalle, Suite 170, Chicago, IL 60601-1003 |
| 14970323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:38:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14960303 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 27 2024 00:20:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14937684 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2024 00:20:00 | Comenity Bank, 3100 Easton SquarePlaza, Columbus, OH 43219-6289 |
| 14937685 | | Email/Text: mrdiscen@discover.com | | |

Case 18-24170-GLT   Doc 84   Filed 02/28/24   Entered 02/29/24 00:30:36   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14942795 | | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover, Box 15316, Wilmington, DE 19850 |
| | | | Feb 27 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14947303 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 27 2024 00:20:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14969422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2024 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14937687 | ^ | MEBN | Feb 27 2024 00:18:58 | Kia Motors, 4000 MacArthur Blvd, Newport Beach, CA 92660-2507 |
| 14971649 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 00:27:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937688 | + | Email/Text: Documentfiling@lciinc.com | Feb 27 2024 00:20:00 | Lending Club, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14947989 | + | Email/Text: heather.mauro@northwest.com | Feb 27 2024 00:20:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14956930 | + | Email/PDF: cbp@omf.com | Feb 27 2024 00:38:36 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937690 | + | Email/PDF: cbp@omf.com | Feb 27 2024 00:28:21 | One Main, Box 1010, Evansville, IN 47708-1449 |
| 14973718 | + | Email/PDF: ebnotices@pnmac.com | Feb 27 2024 00:28:20 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15087185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:38:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14937691 | + | Email/PDF: ebnotices@pnmac.com | Feb 27 2024 00:28:21 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14969569 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2024 00:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15035116 | | Email/Text: EDBKNotices@ecmc.org | Feb 27 2024 00:19:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14963472 | | Email/Text: BNCnotices@dcmservices.com | Feb 27 2024 00:20:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14937692 | + | Email/Text: EDBKNotices@ecmc.org | Feb 27 2024 00:19:00 | US Dept of Education, Box 5609, Greenville, TX 75403-5609 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| 14937682 | | Carly Lavelle |
| 14964875 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14947959 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor PennyMac Loan Services  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brad L. Hamric | on behalf of Debtor Daniel Lavelle hamriclaw@comcast.net |
| Denise Carlon | on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Hyundai Lease Titling Trust wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10