**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daniel Lavelle** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1307 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–24170–GLT | | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel Lavelle

<u>4/16/24</u>                                                                       **By the court:** <u>Gregory L Taddonio</u>
                                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel Lavelle  
    Debtor

Case No. 18-24170-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 16, 2024      Form ID: 3180W      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Lavelle, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14970344 | + | Borough of Brentwood & Borough of Brentwood SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15524249 | + | Borough of Brentwood and Borough of Brentwood SD, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15524248 | + | Borough of Brentwood and Borough of Brentwood Scho, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 14937680 | | Capital One, 150009 Capital One Dr, Henrico, VA 23238 |
| 14937681 | + | Carly Daniel, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| 14937683 | + | Clearview FCU, Box 1289, Coraopolis, PA 15108-1289 |
| 14937686 | + | Jordan Tax Service, 102 Rahway Rd, Canonsburg, PA 15317-3349 |
| 14937689 | + | NW Bank, 100 Liberty St, Warren, PA 16365-2411 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 17 2024 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 17 2024 03:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 16 2024 23:52:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| cr | + | EDI: PRA.COM | Apr 17 2024 03:35:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14937678 | | EDI: WFFC | Apr 17 2024 03:35:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14947297 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 16 2024 23:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14937677 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 23:59:31 | American Express, Box 297871, Fort Lauderdale, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 33329-7871 |
| 14954704 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 23:59:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14937679 | + | Email/Text: bk@avant.com | Apr 16 2024 23:52:00 | Avant, 222 N. LaSalle, Suite 170, Chicago, IL 60601-1003 |
| 14970323 | | EDI: CAPITALONE.COM | Apr 17 2024 03:35:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14960303 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 16 2024 23:52:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14937684 | + | EDI: WFNNB.COM | Apr 17 2024 03:35:00 | Comenity Bank, 3100 Easton SquarePlaza, Columbus, OH 43219-6289 |
| 14937685 | | EDI: DISCOVER | Apr 17 2024 03:35:00 | Discover, Box 15316, Wilmington, DE 19850 |
| 14942795 | | EDI: DISCOVER | Apr 17 2024 03:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14947303 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 16 2024 23:52:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14969422 | | EDI: JEFFERSONCAP.COM | Apr 17 2024 03:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14937687 | ^ | MEBN | Apr 16 2024 23:37:26 | Kia Motors, 4000 MacArthur Blvd, Newport Beach, CA 92660-2507 |
| 14971649 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 23:59:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937688 | + | EDI: LENDNGCLUB | Apr 17 2024 03:35:00 | Lending Club, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14947989 | + | Email/Text: heather.mauro@northwest.com | Apr 16 2024 23:51:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14956930 | + | EDI: AGFINANCE.COM | Apr 17 2024 03:35:00 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937690 | + | EDI: AGFINANCE.COM | Apr 17 2024 03:35:00 | One Main, Box 1010, Evansville, IN 47708-1449 |
| 14973718 | + | Email/PDF: ebnotices@pnmac.com | Apr 17 2024 00:00:17 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15087185 | | EDI: PRA.COM | Apr 17 2024 03:35:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14937691 | + | Email/PDF: ebnotices@pnmac.com | Apr 16 2024 23:59:44 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14969569 | | EDI: Q3G.COM | Apr 17 2024 03:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15035116 | | Email/Text: EDBKNotices@ecmc.org | Apr 16 2024 23:50:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14963472 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14937692 | + | Email/Text: EDBKNotices@ecmc.org | Apr 16 2024 23:50:00 | US Dept of Education, Box 5609, Greenville, TX 75403-5609 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason   Name and Address**

Case 18-24170-GLT   Doc 89   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 39 |

| | | |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| 14937682 | | Carly Lavelle |
| 14964875 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14947959 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PennyMac Loan Services  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brad L. Hamric | on behalf of Debtor Daniel Lavelle hamriclaw@comcast.net |
| Denise Carlon | on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Hyundai Lease Titling Trust wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10