IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL LAVELLE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24170

Chapter 13

Related to Docket No. 81

FILED
4/16/24 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __16th Day of April, 2024__ upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel Lavelle  
    Debtor

Case No. 18-24170-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 16, 2024      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Lavelle, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14937678 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14970344 | + | Borough of Brentwood & Borough of Brentwood SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15524249 | + | Borough of Brentwood and Borough of Brentwood SD, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15524248 | + | Borough of Brentwood and Borough of Brentwood Scho, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 14937680 | | Capital One, 150009 Capital One Dr, Henrico, VA 23238 |
| 14937681 | + | Carly Daniel, 3973 Edge Rd, Pittsburgh, PA 15227-3409 |
| 14937683 | + | Clearview FCU, Box 1289, Coraopolis, PA 15108-1289 |
| 14937686 | + | Jordan Tax Service, 102 Rahway Rd, Canonsburg, PA 15317-3349 |
| 14937689 | + | NW Bank, 100 Liberty St, Warren, PA 16365-2411 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 16 2024 23:52:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:34 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14947297 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 16 2024 23:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14937677 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 23:59:28 | American Express, Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14954704 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 00:00:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14937679 | + | Email/Text: bk@avant.com | Apr 16 2024 23:52:00 | Avant, 222 N. LaSalle, Suite 170, Chicago, IL 60601-1003 |
| 14970323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:58:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14960303 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 16 2024 23:52:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14937684 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Comenity Bank, 3100 Easton SquarePlaza, Columbus, OH 43219-6289 |
| 14937685 | | Email/Text: mrdiscen@discover.com | | |

Case 18-24170-GLT   Doc 90   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14942795 | | Email/Text: mrdiscen@discover.com | Apr 16 2024 23:50:00 | Discover, Box 15316, Wilmington, DE 19850 |
| | | | Apr 16 2024 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14947303 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 16 2024 23:52:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14969422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2024 23:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14937687 | ^ | MEBN | Apr 16 2024 23:37:29 | Kia Motors, 4000 MacArthur Blvd, Newport Beach, CA 92660-2507 |
| 14971649 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 23:59:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937688 | + | Email/Text: Documentfiling@lciinc.com | Apr 16 2024 23:50:00 | Lending Club, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14947989 | + | Email/Text: heather.mauro@northwest.com | Apr 16 2024 23:51:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14956930 | + | Email/PDF: cbp@omf.com | Apr 17 2024 00:14:22 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937690 | + | Email/PDF: cbp@omf.com | Apr 17 2024 00:15:13 | One Main, Box 1010, Evansville, IN 47708-1449 |
| 14973718 | + | Email/PDF: ebnotices@pnmac.com | Apr 16 2024 23:58:56 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15087185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2024 00:13:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14937691 | + | Email/PDF: ebnotices@pnmac.com | Apr 17 2024 00:00:22 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14969569 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15035116 | | Email/Text: EDBKNotices@ecmc.org | Apr 16 2024 23:50:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14963472 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14937692 | + | Email/Text: EDBKNotices@ecmc.org | Apr 16 2024 23:50:00 | US Dept of Education, Box 5609, Greenville, TX 75403-5609 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| 14937682 | | Carly Lavelle |
| 14964875 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14947959 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Andrew M. Lubin
on behalf of Creditor PennyMac Loan Services LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Brad L. Hamric
on behalf of Debtor Daniel Lavelle hamriclaw@comcast.net

Denise Carlon
on behalf of Creditor PennyMac Loan Services LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Mario J. Hanyon
on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

William E. Craig
on behalf of Creditor Hyundai Lease Titling Trust wcraig@egalawfirm.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10